IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS**
**ADC #704518**                                                                               **PLAINTIFF**

v.                               No. 1:15-cv-3-DPM-BD

**CLARK, Housing Sergeant; COX, Officer, Grimes
Unit, Sergeant; JEFFERY, Officer, Grimes Unit;
POWER, Officer, McPherson Unit; LINDA DIXON,
Major; HARMMON, Sergeant; T. MAYES, Inmate;
N. STEWART, Inmate; REBECCA BAKER, Inmate;
GOSA, Sergeant, McPherson Unit; THOMAS,
Sergeant, McPherson Unit; JASON MING, Lieutenant;
STONE, Sergeant; WILLIAM, Sergeant; JONES,
Lieutenant; MARY WILLIAMS, Sergeant; WILLIAMS,
Head Medical; BLEDSOE, Nurse; GAY, Sergeant;
ALLEN, Sergeant; HEIRER, Sergeant; BRANSCUM,
Corporal; CHERYL ALLEN, Inmate; HERBERT;
V. STOUT; D. FRANKLIN; DUNAVION, Sergeant,
Responder Grievance; THAMMES, Inmate; T. CRISP;
C. SCAGGS; CYTHINA STIDMAN; RICHARDSON,
Lieutenant; and MICHELLE JONES**               **DEFENDANTS**

**ORDER**

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 March 2015